# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRAVIS BROWN**
**ADC #119254**                                                                                    **PLAINTIFF**

v.                                      No. 3:23-cv-47-DPM

**JOHN WELDOW, Police Officer,**
**Osceola Police Department**                                                     **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Brown is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Brown v. Newell*, 3:14-cv-284-DPM; *Brown v. City of Osceola Arkansas*, 3:15-cv-54-BSM; *Brown v. Dean*, 3:18-cv-220-DPM. Nothing in Brown's complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

3. If Brown wants to pursue this case, then he must pay the $402 filing and administrative fees and file a motion to reopen the case by 23 March 2023. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 February 2023