IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRAVIS BROWN
ADC #119254                                                                PLAINTIFF

v.                           No. 3:23-cv-47-DPM

JOHN WELDOW, Police Officer,
Osceola Police Department                                                  DEFENDANT

## JUDGMENT

Brown's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

23 February 2023